**STATEMENT OF FACTS**

On or about December 21, 2013 officers responded to a call from Courtyard Marriott located at 1325 2nd Street, N.E., Washington, DC. Upon arrival, officers learned that while Room 741 was being cleaned, the Manager smelled a strong odor, consistent with marijuana, emanating from the room. When he entered the room to check on the maid, a firearm was discovered under the mattress. The hotel Security Guard accompanied the officers to Room 741 to recover the firearm. The defendant, Joseph Miles was at the front desk trying to obtain a key because he was locked out of Room 741. A short time later, the defendant obtained a new key and returned to the 7th floor. The Security Guard identified the defendant as the occupant of Room 741. Officers recovered the firearm and removed the occupant's personal items from the room at the request of the Hotel manager. Upon removal of the defendant's personal items, 30.5 grams of marijuana, 309 orange pills, suspected hydrocodone, 230 unknown white pills, and two bottles of morphine were recovered. The defendant was placed under arrest. The undersigned officer was advised by other experienced officers that the amount of marijuana and pills recovered are more consistent with possession with intent to distribute rather than mere possession.

_____
OFFICER DARRIN HAILE
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF DECEMBER, 2013.

_____
U.S. MAGISTRATE JUDGE